## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ISIAH MARTIN**                                                                                     **PLAINTIFF**

**V.**                                       **Case No. 4:25-CV-000385-JM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration**                              **DEFENDANT**

### <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 29th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE