**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ISIAH MARTIN** **PLAINTIFF**

**V.** **4:25CV00385 JM**

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Plaintiff has filed a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). The Commissioner has no objection to the motion. Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff, through his attorney Marcus L. Vaden, is entitled to attorney's fees in the amount of $10,052.97 and costs in the amount of $3.52. Plaintiff's motion (Doc. No. 18) is GRANTED.

IT IS SO ORDERED this 3rd day of August, 2026.

James M. Moody Jr.
United States District Judge